**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| **CHRISTOPHER RICHARDSON & NIKIA JONES,**<br><br>***Plaintiffs,***<br><br>**v.**<br><br>**UNITED STATES POSTAL SERVICE, *et al.*,**<br><br>***Defendants.*** | **CIVIL ACTION NO.**<br>**3:26-cv-00045-TES** |

**ORDER OF DISMISSAL**

The Court previously ordered Plaintiffs' attorney to show cause why this case should not be dismissed for failure to prosecute because the attorney is not authorized to practice law in the Middle District of Georgia. [Doc. 17, p. 2 (citing L.R. 83.1.2(C))]. The Court gave him until May 15, 2026, to respond. [*Id.*]. He did not show cause, and the time to do so has more than passed.

Because Plaintiffs have failed to comply with the Court's orders or to otherwise prosecute this case, the Court now **DISMISSES** the Complaint. *See* Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The [C]ourt may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 3rd day of August, 2026.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**